UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

21 MAR -2  PM 12: 47

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT TEXAS

BY_____ klee _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MICHAEL PETERSON (6),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CRIMINAL NO.

**A21CR 048LY**

## ORDER FOR BENCH WARRANT AND
## SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| MICHAEL PETERSON | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED on this __2nd__ day of ____March____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE