**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | AU:21-CR-048-LY-12 |
| Plaintiff, | ) | |
| v. | ) | AUSTIN, TEXAS |
| SHAWN MALMQUIST, | ) | |
| Defendant. | ) | OCTOBER 17, 2022 |

*********************************************
TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE SUSAN HIGHTOWER
*********************************************

APPEARANCES:

FOR THE DEFENDANT:    WILLIAM J. BROWNING
                      LAW OFFICE OF WILLIAM J. BROWNING
                      1101 WEST 34TH STREET, SUITE 139
                      AUSTIN, TEXAS 78705

TRANSCRIBER:          ARLINDA RODRIGUEZ, CSR
                      501 WEST 5TH STREET, SUITE 4152
                      AUSTIN, TEXAS 78701
                      (512) 391-8791

Proceedings recorded by electronic sound recording, transcript produced by computer.

(Proceedings began at 1:51 p.m.)

(Defendant present)

THE CLERK:  Court is now in session for a motion hearing: 21-CR-48, *United States v. Defendant Number 12, Shawn Malmquist.*

MR. BROWNING:  William Browning for Mr. Malmquist, Your Honor.

THE COURT:  Thank you.  And good afternoon Mr. Browning, and good afternoon, Mr. Malmquist.  So we're here -- we had to reorganize the schedule just a bit today, but we're here on Mr. Browning's motion to withdraw due to conflict with Mr. Malmquist.

And what is not contained in the motion are two things.  And, first of all, there wasn't an indication that Mr. Malmquist had notice that you're intending to withdraw or that you filed a motion.  So now through -- pursuant to this hearing, Mr. Malmquist, you're aware, at least at this point, that Mr. Browning has moved to withdraw.

And my question to you, sir, is whether you filed your notice of appeal, I believe; is that correct?

THE DEFENDANT:  Yes, ma'am.

THE COURT:  And do you want court-appointed counsel for the appeal?

THE DEFENDANT:  Yes, ma'am.

THE COURT:  Okay.  And do you want it to be an

attorney other than Mr. Browning?

THE DEFENDANT: Yes, ma'am.

THE COURT: Okay. So that's I think the very simple purpose of our hearing today. You've -- do you remain incarcerated at this time, Mr. Malmquist?

THE DEFENDANT: Yes, ma'am.

THE COURT: Okay. So I -- and there's no change to your financial status, I would assume, sir?

THE DEFENDANT: No.

THE COURT: Okay. So I find based on the previous finding that you do financially qualify. We will -- I will grant the motion to withdraw for Mr. Browning, and we've identified substitute appointed counsel for you. As you may -- may or may not be aware, we have counsel -- some do both, but some do just trial work and some do just appellate work. And so we've appointed appellate counsel for you, Mr. Kinskey. He may be here this afternoon to meet with you while you're at the courthouse, but I'll go ahead and get the order entered withdrawing Mr. Browning and appointing Mr. Kinskey.

And is there anything further beyond your motion that you wanted to make a record on or to address today, Mr. Browning?

MR. BROWNING: Nothing at this time, Your Honor. So nothing.

THE COURT: Okay. Thank you. Well, then I think

that's the very simple purpose of our hearing.  So unless there's anything further, then I think we're concluded and we're adjourned.

(Proceedings concluded at 1:53 p.m.)

**REPORTER'S CERTIFICATE**

I, Arlinda Rodriguez, do hereby certify that the foregoing was transcribed from an electronic recording made at the time of the aforesaid proceedings and is a correct transcript, to the best of my ability, made from the proceedings in the above-entitled matter, and that the transcript fees and format comply with those prescribed by the Court and Judicial Conference of the United States.

/S/ Arlinda Rodriguez                    December 7, 2022

ARLINDA RODRIGUEZ                         DATE