**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

UNITED STATES OF AMERICA,               ) AU:21-CR-00048-LY-12
                                        )
    Plaintiff,                          )
                                        )
v.                                      ) AUSTIN, TEXAS
                                        )
SHAWN MALMQUIST,                        )
                                        )
    Defendant.                          ) JULY 6, 2022

        *********************************************
                TRANSCRIPT OF INITIAL APPEARANCE ON
                    PETITION TO REVOKE BOND
                BEFORE THE HONORABLE SUSAN HIGHTOWER
        *********************************************

APPEARANCES:

FOR THE DEFENDANT:    WILLIAM J. BROWNING
                      LAW OFFICE OF WILLIAM J. BROWNING
                      1101 WEST 34TH STREET, SUITE 139
                      AUSTIN, TEXAS 78705

TRANSCRIBER:          ARLINDA RODRIGUEZ, CSR
                      501 WEST 5TH STREET, SUITE 4152
                      AUSTIN, TEXAS 78701
                      (512) 391-8791

Proceedings recorded by electronic sound recording, transcript

produced by computer.

(Proceedings began at 1:31 p.m.)

THE CLERK:  Court is now in session for initial appearance: 21-CR-48, *United States v. defendant Number 12, Shawn Malmquist.*

THE COURT:  Good afternoon, Mr. Browning.  Would you like to state an appearance?

MR. BROWNING:  Yes, Your Honor.  My name is William Browning.  I represent Shawn Malmquist.

THE COURT:  Okay.  Thank you very much.

So good afternoon, Mr. Malmquist.

THE DEFENDANT:  Good afternoon.

THE COURT:  So we're here for an initial appearance. And, as you know, this is a preliminary type of proceeding that's intended to advise you of some of your basic constitutional and statutory rights.  Those include your right to counsel and your right to remain silent.

I'm also going to advise you of the charges alleged in the petition for action on conditions of pretrial release and address issues related to your detention at the present time.

So, Mr. Malmquist, I'll let you know that our proceeding is being recorded here in court today.

So you do have the right to remain silent.  You're not required to make any statements to law enforcement officers.  If you choose to waive your right to remain silent

and start to make a statement and then change your mind, you can stop. If you've made statements in the past, that doesn't require you to make statements in the future. You can exercise your right to remain silent at any time.

If you do make a statement, anything you say may be used against you in court, and that includes anything that you say during this proceeding, Mr. Malmquist. You also have the right to have Mr. Browning with you during any discussions with law enforcement.

So, Mr. Malmquist, could you please state your name and date of birth, sir.

THE DEFENDANT: Shawn Malmquist, 9-5-1990.

THE COURT: Thank you, sir. And you might want to bend that -- or Mr. Browning can bend your microphone a little closer to you so you can -- you can reach it a little easier.

And how much formal school have you completed Mr. Malmquist?

THE DEFENDANT: How much what?

THE COURT: School?

THE DEFENDANT: I graduated.

THE COURT: From high school?

THE DEFENDANT: Yes, ma'am.

THE COURT: Thank you, sir. And do you suffer from any kind of mental or physical condition that affects your ability to understand my questions today?

THE DEFENDANT:  No, ma'am.

THE COURT:  And are you under the influence of any medication or any drugs or alcohol that affect your ability to understand this proceeding?

THE DEFENDANT:  No, ma'am.

THE COURT:  Okay.  So you've been arrested on a petition for action on conditions of pretrial release, as I mentioned, and you have a copy of that?

THE DEFENDANT:  Yes, ma'am.

THE COURT:  And, Mr. Browning, you have -- you have it as well, obviously?

MR. BROWNING:  Yes, I do, Your Honor.

THE COURT:  Thank you, sir.  And so I'm just going to briefly summarize, and I'm sure that Mr. Browning has reviewed this with you as well, Mr. Malmquist.  But the petition alleges that you violated three of the conditions of your release set last year on May 21st.

First was not to violate any law while on release. Second, condition -- that's condition 1.  Condition 7(m) was not to use or unlawfully possess a narcotic, drug, or other controlled substance.  And condition 7(p) was a curfew that you were restricted to your residence from 9:00 p.m. to 6:00 a.m.

So the petition states that those three conditions of release were violated on May 11th of this year when you were stopped by the Leander Police -- or excuse me -- that you --

pretrial services was informed on May 11th that you had been stopped by the Leander Police Department the day before, on May 10th of this year, at approximately 9:45 p.m., and that a search of the vehicle led to the discovery of 53.5 grams of methamphetamine, and that you were arrested on that count and were in custody in Williamson County.

So you don't need to make a plea or other statement about the violations alleged in the petition, sir, but do you understand the violations alleged?

THE DEFENDANT:  Yes, ma'am.

THE COURT:  Okay.  Thank you.  And, as Mr. Browning is here representing you, I'll just mention that you have the right to be represented by counsel in all future court proceedings.  You have the right to hire the attorney of your choice.  If you're unable to obtain one, the court will appoint counsel to represent you.  In other words, you'll continue to be represented by Mr. Browning, and that's what you'd like at this time, yes?

Is that correct, Mr. Malmquist?

THE DEFENDANT:  Yes, ma'am.

THE COURT:  Okay.  Thank you.  So the -- at this time I believe that there -- you would be entitled to a hearing on the -- to be set on the conditions -- the alleged violations of the conditions of pretrial release.  That would be a bond revocation hearing.  But Mr. Browning has today signed a waiver

of that hearing.  Is that accurate, Mr. Browning?

MR. BROWNING:  That is accurate, Your Honor.

THE COURT:  Okay.  Thank you very much.  So you will be ordered detained, you'll be found to have violated the conditions of your release, and I'll enter an order to that effect.

So is there anything further that we need to address today, Mr. Browning?

MR. BROWNING:  Not on this issue, Your Honor.  Not on this issue.

THE COURT:  Something to do with the plea?

MR. BROWNING:  No.

THE COURT:  Okay.

MR. BROWNING:  Nothing on that either.

THE COURT:  Okay.  All right.  Thank you.

Well, Mr. Malmquist, you understand what's happened in court today?

THE DEFENDANT:  Yes, ma'am.

THE COURT:  And do you have any questions for me before we adjourn?

THE DEFENDANT:  No, ma'am.

THE COURT:  Okay.  Mr. Ferrell, is there anything else that we need address with Mr. Malmquist at this time for this proceeding?

THE CLERK:  No, Your Honor.

THE COURT:  Okay.  Thank you very much.  Then we stand adjourned.

(Proceedings concluded at 1:36 p.m.)

ARLINDA L. RODRIGUEZ, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**REPORTER'S CERTIFICATE**

I, Arlinda Rodriguez, do hereby certify that the foregoing was transcribed from an electronic recording made at the time of the aforesaid proceedings and is a correct transcript, to the best of my ability, made from the proceedings in the above-entitled matter, and that the transcript fees and format comply with those prescribed by the Court and Judicial Conference of the United States.


/S/ Arlinda Rodriguez                      April 17, 2023

ARLINDA RODRIGUEZ                          DATE

ARLINDA L. RODRIGUEZ, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)