AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
March 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JG_____
DEPUTY

United States of America
v.
Stephen Penberg

)
)
)
)
)
)
)

Case No:  1:21-CR-00048-RP-10

USM No:  28722-180

Date of Original Judgment: _____06/09/2022_____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible under Part A of Amendment 821 because reducing the defendant's status points did not reduce his Criminal History Category of VI.  Therefore, the Guidelines range did not change.

Defendant is not eligible under Part B of Amendment 821 because Defendant has 1 or more criminal history points from Chapter 4, Part A. USSG §4C1.1(a)(1).

Except as otherwise provided, all provisions of the judgment dated _____06/09/2022_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____03/27/2024_____

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Robert Pitman, U.S. District Judge
*Printed name and title*