IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION


UNITED STATES OF AMERICA

vs.                                                    DOCKET NO.   1:21-CR-00048(13)

AMY ROGERS


### TRANSFER OF JURISDICTION

On this day came to be considered the above-styled and numbered cause.    Defendant Amy Rogers began her four-year term of supervised release for Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846 on February 7, 2025.    She is being supervised in the Waco Division and has no ties to the Austin Division.    In the interest of judicial economy, the Court finds that jurisdiction of this case should be transferred from the Austin Division to the Waco Division.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the WACO DIVISION OF THE WESTERN DISTRICT OF TEXAS.

It is further ORDERED that the District Clerk's Office in Austin, Texas, transfer the file to the District Clerk's Office in Waco, Texas.


SIGNED AND ENTERED this 14th day of March, 2025



_____

U.S. District Judge